Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, National Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Faustino Patricio,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Innovis Data Solutions, Inc.; Bank of America, N.A.; and JPMorgan Chase Bank, NA,<br><br>　　　　Defendants. | Case No.　2:22-cv-00709-APG-DJA<br><br>**JOINT MOTION AND PROPOSED ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

　　　　The response of Defendant JPMorgan Chase Bank, National Association ("Chase") to Plaintiff Faustino Patricio's Complaint (ECF No. 1) was due May 31, 2022. Chase has requested, and Plaintiff has agreed, that Chase have up to and including July 12, 2022 to respond to Plaintiff's Complaint, to provide time for Chase to investigate Plaintiff's allegations and to prepare a response.

　　　　The deadline for Chase to respond to Plaintiff's Complaint has lapsed. Although Chase has processes in place for tracking new civil complaints to ensure Chase timely responds to them, this particular complaint, through inadvertence, was not properly tracked. By the time Chase identified the issue, it lacked sufficient time to move for an extension within the May 31 deadline. Therefore, there is excusable neglect for Chase's request and the parties' Joint Motion. *See* LR IA 6-1(a).

///

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: June 23, 2022

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JPMorgan Chase, National Association* | By: /s/ Michael Kind<br>Michael Kind<br>Nevada Bar No. 13903<br>8860 South Maryland Pkwy, Ste. 106<br>Las Vegas, Nevada 89123<br>mk@kindlaw.com<br><br>FREEDOM LAW FIRM<br><br>By: /s/ Gerardo Avalos<br>George Haines<br>Nevada Bar No. 9411<br>Gerardo Avalos<br>Nevada Bar 15171<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123<br>Ghaines@freedomlegalteam.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 24, 2022

2